### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
MAACO FRANCHISING, LLC           :
                                 :
            Plaintiff,           :    CIVIL ACTION
                                 :
      v.                         :    NO. 14-2583
                                 :
JOSEPH V. VETTORINO,             :
                                 :
            Defendant.           :
```

### ORDER

AND NOW, this 1st day of December, 2014, having received Defendant's letter regarding his commencement of bankruptcy proceedings, it is hereby ORDERED that pursuant to 11 U.S.C. § 362 the above-captioned case is placed in suspense until further notice.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.